**DISMISS and Opinion Filed December 15, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00248-CV

**CONNIE MARIE MACINNES, Appellant**
**V.**
**DEBORAH BUTTS AND DARLENE CRANDALL, Appellees**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-03784-I**

## MEMORANDUM OPINION

Before Justices Bridges, Lang-Miers, and Myers
Opinion by Justice Myers

Before the Court is appellees' motion to dismiss the appeal. Appellees contend the appeal should be dismissed because appellant, appearing pro se, has failed to file a brief that complies with the rules of appellate procedure. *See* TEX. R. APP. P. 38.1.

Initially, we must note that a pro se litigant is held to the same standards as licensed attorneys and must comply with applicable laws and rules of procedure. *See Strange v. Cont'l Cas. Co.,* 126 S.W.3d 676, 677-78 (Tex. App.—Dallas 2004, pet. denied). On appeal, as at trial, the pro se appellant must properly present its case.

Appellant's original appellate brief was deficient. We notified appellant of the multiple deficiencies and directed her to file an amended brief. We cautioned appellant that failure to file an amended brief correcting the deficiencies may result in dismissal of the appeal without further notice. Appellant filed an amended brief. The amended brief, however, failed to correct all of

the deficiencies. Among other deficiencies, the amended brief contains no citations to the record and fails to contain a clear and concise argument for the contentions made with appropriate citations to authorities. *See* TEX. R. APP. P. 38.1 (d), (g) & (i).

Appellant filed a response to appellees' motion, but nothing in her response persuades us her appeal should not be dismissed. We have given appellant an opportunity to correct her amended brief. Because her amended brief failed to correct major deficiencies, we grant appellee's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.3(b) & (c).

/Lana Myers/
_____
LANA MYERS
JUSTICE

140248F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CONNIE MARIE MACINNES, Appellant

No. 05-14-00248-CV          V.

DEBORAH BUTTS AND DARLENE
CRANDALL, Appellees

On Appeal from the 162nd Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. DC-12-03784-I.
Opinion delivered by Justice Myers.
Justices Bridges and Lang-Miers,
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees DEBORAH BUTTS AND DARLENE CRANDALL recover their costs of this appeal from appellant CONNIE MARIE MACINNES.

Judgment entered this 15th day of December, 2014.